THE STATE OF OHIO, APPELLANT AND CROSS-APPELLEE,
*v.* MCCAULEY, APPELLEE AND CROSS-APPELLANT.

[Cite as *State v. McCauley,* 104 Ohio St.3d 158, 2004-Ohio-6398.]

(No. 2003–1346—Submitted October 26, 2004—Decided December 8, 2004.)

{¶ 1} The judgment of the court of appeals is reversed, and the cause is remanded to the trial court for resentencing consistent with *State v. Jordan,* 104 Ohio St.3d 21, 2004-Ohio-6085, 817 N.E.2d 864.

MOYER, C.J., RESNICK, F.E. SWEENEY, PFEIFER, LUNDBERG STRATTON, O'CONNOR and O'DONNELL, JJ., concur.

William D. Mason, Cuyahoga County Prosecuting Attorney, and Richard Bombik, Assistant Prosecuting Attorney, for appellant and cross-appellee.

Robert L. Tobik, Cuyahoga County Public Defender, and Paul A. Kuzmins, Assistant Public Defender, for appellee and cross-appellant.